### BIGBEE v. HUTCHESON.

LUMPKIN, J.—There being no alleged error of law for review, and the evidence, though conflicting, being amply sufficient to sustain the verdict, the Supreme Court cannot set it aside as being contrary to law and the evidence.          *Judgment affirmed.*

March 25, 1895. Brought forward from the last term.

Petition for specific performance. Before Judge WELLBORN. Lumpkin superior court. April term, 1894.

S. C. DUNLAP, H. THOMPSON and M. G. BOYD, for plaintiff in error. PRICE & CHARTERS and R. H. BAKER, *contra.*